**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION**

CASE NO.: 1:23-cv-00915

PETER SAMUELS,

    Plaintiff,

v.

MJ DURANGO LLC dba DURANGO CANNABIS COMPANY,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff PETER SAMUELS by and through his undersigned counsel, brings this Complaint against Defendant MJ DURANGO LLC dba DURANGO CANNABIS COMPANY for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff PETER SAMUELS ("Samuels") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Samuels' original copyrighted Work of authorship.

2. Samuels began his career as a product still life commercial photographer from Orange County, California. The bulk of his early career was spent honing his product lighting skills to perfection. In 2009, Samuels began photographing his beloved dog Leica, which inspired a new direction in his work and career. His product lighting

experience was beneficial in lighting animals in a somewhat similar way to his product work, something that has uniquely set his work apart, and attracted new clients like Natures' Recipe, Clorox Kitty Litter, the SPCA, Bideawee Pet Hospital, Hush Puppies Shoes and other brands that feature animals in their advertising campaigns. Samuels' work of Horses and his Fairy Tale Animals series have accumulated awards from PDN, the APA National Awards, American Photography and the Communications Arts Photography Annual. After his equine series appeared in the Restoration Hardware catalog as framed artwork, his fine art print sales took off, accumulating art collectors and animal lovers from all over the globe.

3. Defendant MJ DURANGO LLC DBA DURANGO CANNABIS COMPANY ("DCC") is DCC is a cannabis company located in Durango, Colorado. At all times relevant herein, upon information and belief, DCC owned and operated the internet website located at the URL www.durangocannabisco.com (the "Website").

4. Samuels alleges that DCC copied Samuels' copyrighted Work from the internet in order to advertise, market and promote its business activities. DCC committed the violations alleged in connection with DCC's business for purposes of advertising and promoting sales to the public in the course and scope of the DCC's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Colorado.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. MJ Durango LLC dba Durango Cannabis Company is a Colorado Corporation, with its principal place of business at 28753 U.S. Highway 160, Durango, CO 81301, and can be served by serving its Registered Agent, John Timothy Borst, 7723 Oxford Road, Longmont, CO 80503.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2014, Samuels created the photograph which is shown below and referred to herein as the "Work".



11. Samuels registered the Work with the Register of Copyrights on October 18, 2016 and was assigned the registration number VA 2-032-161. The Certificate of Registration is attached hereto as Exhibit 1.

12. Samuels' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Samuels was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. DCC has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, DCC copied the Work.

16. On or about August 30, 2022, Samuels discovered the unauthorized use of his Work on the Website in an article entitled "What is a Proper Flush and How do you Achieve it."

17. DCC copied Samuels' copyrighted Work without Samuels' permission.

18. After DCC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its wholesale cannabis sales business.

19. DCC copied and distributed Samuels' copyrighted Work in connection with DCC's business for purposes of advertising and promoting DCC's business, and in the course and scope of advertising and selling products and services.

20. Samuels' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. DCC committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Samuels never gave DCC permission or authority to copy, distribute or display the Work at issue in this case.

23. Samuels notified DCC of the allegations set forth herein on September 9, 2022.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Samuels incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Samuels owns a valid copyright in the Work at issue in this case.

26. Samuels registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. DCC copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Samuels' authorization in violation of 17 U.S.C. § 501.

28. DCC performed the acts alleged in the course and scope of its business activities.

29. DCC's acts were willful.

30. Samuels has been damaged.

31. The harm caused to Samuels has been irreparable.

WHEREFORE, the Plaintiff Peter Samuels prays for judgment against the Defendant MJ Durango LLC dba Durango Cannabis Company that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and DCC's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: April 12, 2023                    Respectfully submitted,

*/s/Jonah A. Grossbardt*
JONAH A. GROSSBARDT
jonah.grossbardt@sriplaw.com
MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350

Beverly Hills, CA  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
wsw@wswlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237
888.443.5485 – Telephone

*Counsel for Plaintiff Peter Samuels*